# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**CAROLYN A. BROWNLEE,**

    **Plaintiff,**

**v.**                                            **CIVIL ACTION NO. 04-487-CB-B**

**JO ANNE B. BARNHART,**
**Commissioner of**
**Social Security,**

    **Defendant.**

## ORDER

       This matter comes before the court on the Report and Recommendation entered by the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(l)(B) and plaintiff's objections thereto. Plaintiff asserts the same arguments in her objection as she made to the Magistrate Judge in the first instance: that the Administrative Law Judge erred by failing to give controlling weight to plaintiff's treating physician and by finding that the claimant did not meet, equal, or medically equal the requirements of Listing 12.04 of 20 C.F.R. Pt. 404, Subpart P, App. 1, Reg. No. 4. Plaintiff's argument merely cites evidence in the record, considered by the ALJ and the Magistrate Judge, which is indicative of a serious impairment. For the reasons stated in the Magistrate Judge's recommendation, those arguments are inadequate.

       Accordingly, it is hereby **ORDERED** that the Recommendation of the Magistrate Judge entered September 22, 2005, is **ADOPTED** as the opinion of this court.

       **DONE** this 18<u>th</u> day of October, 2005.

                                                            *s/Charles R. Butler, Jr.*
                                                             **Senior United States District Judge**